**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DENNIS GALA and BARBARA
GALA,

      Plaintiffs,

                                    Case No. 11-10846

v.                                  Hon. Lawrence P. Zatkoff

CHASE HOME FINANCE LLC,

      Defendant.

_____/

## ORDER GRANTING PLAINTIFFS' MOTION TO AMEND THE COMPLAINT

This matter comes before the Court on Plaintiffs' Motion to Amend/Correct the Complaint [dkt 28]. Plaintiffs seek to amend their Complaint to add the Federal National Mortgage Association, Inc. ("Fannie Mae") as an additional party. On January 26, 2012, counsel for both parties appeared before the Court for a scheduling conference. At the scheduling conference, counsel discussed the relief sought by Plaintiffs in their Motion. The scheduling conference was adjourned to March 22, 2012, at 9:30 a.m., based on Plaintiffs' request to add Fannie Mae as a party.

Based on the discussion of Plaintiffs' Motion at the scheduling conference, it appears to the Court that Fannie Mae may have an interest in the real properties that are the subject of this action. The Court therefore finds that good cause exists to permit Plaintiffs to amend their Complaint and add Fannie Mae as an additional party to this action.

Accordingly, for the above reasons, IT IS ORDERED that Plaintiffs' Motion to Amend/Correct the Complaint [dkt 28] is GRANTED.

IT IS FURTHER ORDERED that Plaintiffs must notify Fannie Mae of the scheduling

conference set for March 22, 2012, at 9:30 a.m., and ensure that Fannie Mae's counsel is present.

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  February 1, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on February 1, 2012.

s/Marie E. Verlinde
Case Manager
(810) 984-3290